**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA  92626-1925
TELEPHONE:  714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
  *d.bradley@mpglaw.com*

Attorneys for Defendant TRANS UNION LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN ONWUDACHI, | Case No. CV 12-03486 DMG (AGRx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE [16]** |
| vs. | |
| CREDIT SOLUTIONS, L.L.C. a corporation; TRANS UNION, LLC a corporation; and DOES 1-10, | |
| Defendants. | |

Plaintiff Austin Onwudachi has announced to the Court that all matters in controversy against Trans Union have been resolved.  A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice,

IT IS HEREBY ORDERED THAT the claims and causes of action asserted herein by Plaintiff Austin Onwudachi against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with the parties to bear their own court costs.

DATED:  October 10, 2012

DOLLY M. GEE
United States District Judge

814313.1